**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**June 22, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-50757
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellant,

versus

PEDRO NAGERA-ROMERO,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District
for the Western District of Texas
USDC No. 3:04-CR-540-2
--------------------

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

     Court-appointed counsel for Pedro Nagera-Romero has moved

for leave to withdraw and has filed a brief pursuant to Anders v.

California, 386 U.S. 738 (1967).  Nagera-Romero was notified of

counsel's motion, but he has not filed a response.  Our review of

counsel's brief and the record discloses no nonfrivolous issue

for appeal.  The motion for leave to withdraw is GRANTED, counsel

is excused from further responsibilities, and the APPEAL IS

DISMISSED.  See 5TH CIR. R. 42.2.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

APPEAL DISMISSED; MOTION GRANTED.